DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EGLISE BAPTISTE BETHANIE DE FT. LAUDERDALE, INC.,**
Appellant,

v.

**AIDA AUGUSTE** and **USLANDE AUGUSTE,**
Appellees.

No. 4D21-2537

[April 14, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. CACE20012644.

Anthony Gonzalez of Anthony Gonzalez Law, Coral Gables, for appellant.

Hugo A. Rodriguez of The Law Offices of H.A. Rodriguez, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***